# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, AN INDIVIDUAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 20-2590 |
| | ) | |
| H&N INVESTMENTS GROUP, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### THE DEFENDANT'S ANSWER TO THE COMPLAINT

**I.    The Party Filing This Answer to the Complaint:**

H&N Investments Group, LLC
8615 East Barron Wood Circle
Houston, Texas 77083.

**II.    The Answer and Defenses to the Complaint:**

1. Defendant admits that Plaintiff has brought his claim under the Americans with Disabilities Act.

2. Defendant admits its property is located in Harris County, Texas.

3. Defendant lacks sufficient knowledge to admit or deny Plaintiff's residence.

4. Defendant lacks sufficient knowledge to admit or deny Plaintiff's disability status.

5. Defendant lacks sufficient knowledge to admit or deny the allegations.

6. Defendant admits it is a Texas Limited Liability Company and owner of the property.

7. Defendant admits the allegations deal with property located within the Southern District of Texas.

8. Defendant denies the allegations.

9. Defendant admits the allegations.

1

10. Defendant lacks sufficient knowledge to admit or deny the allegations.

11. Defendant lacks sufficient knowledge to admit or deny the allegations.

12. Defendant lacks sufficient knowledge to admit or deny the allegations.

13. Defendant denies the allegations.

14. Defendant denies the allegations.

15. Defendant denies the allegations.

16. Defendant lacks sufficient knowledge to admit or deny the allegations.

17. Defendant denies the allegations.

18. Defendant denies the allegations of barriers.

19. Defendant denies the allegations.

20. Defendant would show that the improvements on the property have been constructed in compliance with all Federal and State accessibility requirements. Any slope on the premises is the natural slope of the terrain on which the improvements are constructed and appropriate for necessary and reasonable drainage of the property. Any slope on the property does not constitute a barrier for access.

21. Defendant would further show that there are no ramps located in access aisles that constitute a barrier. Further, Defendant would show that any deficiency in signage would have been temporary due to work being done on the premises. Defendant would show that proper signage is on premises and in compliance with accessibility standards.

## PRAYER

WHEREFORE, Defendant H&N Investments Group, LLC prays that, upon trial on the merits, that Plaintiff take nothing by way of his claim herein and that H&N Investments Group,

LLC have and recover all such relief, at law or in equity, to which the Court deems it may be justly entitled.

Respectfully submitted,

**THE COX LAW FIRM**

By: _____
W. Joel Bryant
State Bar No. 03277975
wjbryant@thecoxlawfirm.com
5300 Memorial Drive, Suite 890
Houston, Texas 77007
Telephone: (713) 862-7772
Facsimile: (713) 862-1002
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I, counsel for Defendant, hereby certify that on this 27th day of August, 2020, the Court's electronic case filing system was used to file a true and correct copy of the foregoing instrument and was used to serve as follows:

***Via Electronic Mail: johnkgrubb@grubblegal.com & louis@kumussman.com***

| | |
|---|---|
| John K. Grubb | Louis I. Mussman |
| SBN 08553500 | Florida SBN 597155 |
| John K. Grubb & Associates | S.D. TX No. 2274288 |
| 4550 Post Oak Place, Ste. 201 | Ku & Mussman, P.A. |
| Houston, Texas 77027 | 18501 Pines Blvd. Ste. 209-A |
| 713-877-8800 (t) | Pembroke Pines, FL 33029 |
| | 305-891-1322 (t) |

_____
W. Joel Bryant