IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>H & N INVESTMENTS GROUP, LLC,<br>a Texas Limited Liability Company,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Case No.: 20-cv-02590<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff WAYNE THOMAS and Defendant H & N INVESTMENTS GROUP, LLC, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently waiting on their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days. The parties further request that all hearings and deadlines be adjourned.

Dated: February 26, 2021

Respectfully submitted,　　　　　　　　　Respectfully submitted,

*/s/ Louis I. Mussman*　　　　　　　　　　 */s/ W. Joel Bryant*
Louis I. Mussman　　　　　　　　　　　　W. Joel Bryant
Attorney-in-charge　　　　　　　　　　　　State Bar No. 03277975
S.D. TX No. 2274288　　　　　　　　　　　The Cox Law Firm
Ku & Mussman, P.A.　　　　　　　　　　　5300 Memorial Dr., Ste. 890
18501 Pines Boulevard, Suite 209-A　　　　Houston, Texas 77007
Pembroke Pines, Florida 33029　　　　　　Telephone: (713) 862-7772
Telephone: (305) 891-1322　　　　　　　　Facsimile: (713) 862-1002
Facsimile: (954) 686-3976　　　　　　　　 wjbryant@thecoxlawfirm.com
Louis@kumussman.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

1

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

W. Joel Bryant
The Cox Law Firm
5300 Memorial Dr., Ste. 890
Houston, Texas 77007

By:  */s/ Louis I. Mussman*
     Louis I. Mussman