IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, <br> an individual, <br><br> Plaintiff, <br> v. <br><br> H & N INVESTMENTS GROUP, LLC, <br> a Texas Limited Liability Company, <br><br> Defendant. | Case No.: 20-cv-02590 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wayne Thomas and Defendant H&N Investments Group, LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: March 17, 2021

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Attorney-in-charge
S.D. TX No. 2274288
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, Florida 33029
Telephone: (305) 891-1322
Facsimile: (954) 686-3976
Louis@kumussman.com

and

Respectfully submitted,

*/s/ W. Joel Bryant*
W. Joel Bryant
State Bar No. 03277975
The Cox Law Firm
5300 Memorial Dr., Ste. 890
Houston, Texas 77007
Telephone: (713) 862-7772
Facsimile: (713) 862-1002
wjbryant@thecoxlawfirm.com

*Counsel for Defendant*

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

W. Joel Bryant
The Cox Law Firm
5300 Memorial Dr., Ste. 890
Houston, Texas 77007

By: */s/ Louis I. Mussman*
     Louis I. Mussman